UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANWAR PHILLIP GREER,

    Defendant.

_____/

Case No. 1:04-CR-160

Hon. Richard Alan Enslen

**JUDGMENT AND**
**DISPOSITION ORDER**

In accordance with the Court's findings of July 20, 2005 that Defendant Anwar Phillip Greer is mentally incompetent under 18 U.S.C. § 4242(d), has not been made competent by treatment in a suitable facility, and there is no substantial probability that he will be made competent by additional treatment within "an additional reasonable period of time" (*i.e.,* he has continued to suffer severe depression and hallucinations without relief by prescribed medications while in custody);

**THEREFORE, IT IS HEREBY ORDERED** that the instant criminal charges against Defendant are **DISMISSED WITHOUT PREJUDICE** due to Defendant's persistent incompetence.

**IT IS FURTHER ORDERED** that Defendant shall be returned to the "suitable facility"–FCI Butner–for a further determination under 18 U.S.C. §§ 4242(d) and 4246 as to whether he should be federally committed in order to prevent physical injury or property damage to others.

DATED in Kalamazoo, MI:
    July 21, 2005

    /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
UNITED STATES DISTRICT JUDGE